### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

KIARA A. SMITH                                                                                          PLAINTIFF

v.                                              NO. 3:08CV00128 JLH

BILLY JOE HANCOCK, et al.                                                                 DEFENDANTS

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young.  No objections have been filed.  After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS SO ORDERED this 18th day of September, 2008.

*J. Leon Holmes* (signature)

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE