**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KIARA A. SMITH                                                                                       PLAINTIFF

v.                                              NO. 3:08CV00128 JLH

BILLY JOE HANCOCK, et al.                                                                    DEFENDANTS

## **JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing this petition for writ of habeas corpus without prejudice.  The relief sought is denied.

IT IS SO ORDERED this 18th day of September, 2008.


_____
UNITED STATES DISTRICT JUDGE